IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PEDRO I. LOREDO, } | | |
| TDCJ-CID NO. 1013158, } | | |
|     Petitioner, } | | |
| v. } | | CIVIL ACTION H-06-2138 |
| } | | |
| NATHANIEL QUARTERMAN, } | | |
|     Respondent. } | | |

## FINAL JUDGMENT

For the reasons stated in this Court=s Opinion on Dismissal, this civil action is DISMISSED, with prejudice.

This is a **FINAL JUDGMENT**.

The Clerk will provide a copy to the parties.

**SIGNED** at Houston, Texas, this 23rd day of August, 2007.

_____
Melinda Harmon
United States District Judge